ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Sky Blue Builders, LLC | ) ASBCA No. 63536-ADR |
| | ) |
| Under Contract No. FA2550-20-C-0025 | ) |

APPEARANCES FOR THE APPELLANT:     Jonathan A. DeMella, Esq.
　　　　　　　　　　　　　　　　　Traeger Machetanz, Esq.
　　　　　　　　　　　　　　　　　Matthew C. Gurr, Esq.
　　　　　　　　　　　　　　　　　　Davis Wright Tremaine LLP
　　　　　　　　　　　　　　　　　　Seattle, WA

APPEARANCES FOR THE GOVERNMENT:     Caryl A. Potter III, Esq.
　　　　　　　　　　　　　　　　　　Air Force Deputy Chief Trial Attorney
　　　　　　　　　　　　　　　　　Lawrence M. Anderson, Esq.
　　　　　　　　　　　　　　　　　　Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 4, 2024

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63536-ADR, Appeal of Sky Blue Builders, LLC, rendered in conformance with the Board's Charter.

Dated:  April 4, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals